IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STERLING DUANE WOOLFORD, SR.                                    PLAINTIFF

v.                          No. 4:24-cv-56-DPM

LATONYA HONORABLE,
5th Division Circuit Court Judge of
6th District, Pulaski County Circuit Court
and DON THOMPSON, Public Defender,
Pulaski County Circuit Court                                    DEFENDANTS

## ORDER

1. Woolford is a three-striker. Before filing this lawsuit, Woolford had at least three cases dismissed for failing to state a claim. *E.g., Woolford v. Wright*, 4:20-cv-1401-BSM (E.D. Ark.); *Woolford v. Circuit Court of Bentonville*, 5:22-cv-5141 (W.D. Ark.); *Woolford v. Higgins, et al.*, 4:22-cv-655-DPM (E.D. Ark.). Nothing in Woolford's new complaint, *Doc. 2*, suggests he's currently in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). His complaint will therefore be dismissed without prejudice.

2. If Woolford wants to pursue this case, then he must pay $405 (the filing and administrative fees) and file a motion to reopen the case by 20 March 2024. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 February 2024