IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STERLING DUANE WOOLFORD, SR.                     PLAINTIFF

v.                     No. 4:24-cv-56-DPM

LATONYA HONORABLE,
5th Division Circuit Court Judge of
6th District, Pulaski County Circuit Court
and DON THOMPSON, Public Defender,
Pulaski County Circuit Court                     DEFENDANTS

## JUDGMENT

Woolford's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

2 February 2024